PS 42
(2/98)

United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

FILED
IN COURT
CHARLOTTE, N. C.

NOV 1 4 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

United States of America )
)
vs )
)
Richard Lee Dancy )

Case No. 5:07CR21-1-V

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Richard Lee Dancy, have discussed with R. Scott Lunsford, Probation Officer, modification of my release as follows:

Defendant has complied with the conditions of release since 5-3-07. The special condition of home detention/EMS shall be removed and he shall abide by all remaining conditions of his bond.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rick Dancy_                             _10/17/07_
Signature of Defendant                   Date

This Modification Order has been discussed with US Attorney Gretchen C.F. Shappert, and she concurs with my recommendation.

_R. Scott Lunsford_                      _10-17-07_
USPO R. Scott Lunsford                   Date

Reviewed and Approved:  _Chris S. Nickel_             _10-18-07_
                        SUSPO Christine S. Nickel     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____          _____
Signature of Defense Counsel             Date

[ ]  The above modification of conditions of release is ordered, to be effective on _____.

[✓]  The above modification of release is not ordered.

_David C. Keesler_                       _11/14/07_
David C. Keesler                         Date
U.S. Magistrate Judge

cc:  Defendant - Hardcopy          PSI Officer / File - Hardcopy